AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

DONALD KRULL

v.

THE CITY OF URBANA, ILL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-2079

TO: (Name and address of Defendant)

THE CITY OF URBANA
408 S. VINE
URBANA, IL 61801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERT I AULER
AULER LAW OFFICES, P.C.
202 W. GREEN ST.
URBANA, IL 61801

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ Pamela E. Robinson                    March 27, 2008
CLERK                                     DATE

s S. Porter
(By) DEPUTY CLERK