UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DONALD KRULL, )<br>    Plaintiff, )<br>v. )<br>    )<br>CITY OF URBANA, ILLINOIS, )<br>    Defendant. ) | Civil No. 08-2079 |

### DEFENDANT'S MOTION TO DISMISS

NOW COMES the Defendant, CITY OF URBANA, ILLINOIS, by its attorneys, JOSEPH P. CHAMLEY and MARK C. PALMER of EVANS, FROEHLICH, BETH & CHAMLEY, Special Counsel, and moves, under Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the above-captioned cause of action for it failures to state a claim upon which relief can be granted and it is not a controversy ripe for judicial decision. In support of its Motion, Defendant states as follows:

1. The CITY OF URBANA's rental registration and inspection ordinance is not unconstitutional on its face and does not violate the Fourth Amendment restriction against unreasonable searches and seizures.

2. There is no allegation in Plaintiff's Complaint that the rental registration and inspection ordinance has been applied in any unconstitutional manner as to the Plaintiff and, therefore, the matter is not ripe for decision by this Court.

3. Plaintiff does not have standing under Article III of the U.S. Constitution to bring the suit in question.

WHEREFORE, Defendant prays that the Complaint be dismissed for failure to state a claim upon which relief can be granted, for lack of ripeness for adjudication as to whether the

ordinance is constitutional as applied and for Plaintiff's lack of standing.

        Respectfully submitted,

        CITY OF URBANA, ILLINOIS,
        Defendant

        By: /s/ Joseph P. Chamley_____
        JOSEPH P. CHAMLEY
        EVANS, FROEHLICH, BETH & CHAMLEY
        44 Main Street, Suite 310
        Champaign, IL   61820
        PH:  (217) 359-6494
        FX:  (217) 359-6468
        jchamley@efbclaw.com

        - and -

        By: /s/ Mark C. Palmer_____
        MARK C. PALMER
        EVANS, FROEHLICH, BETH & CHAMLEY
        44 Main Street, Suite 310
        Champaign, IL   61820
        PH:  (217) 359-6494
        FX:  (217) 359-6468
        mpalmer@efbclaw.com

## CERTIFICATE OF SERVICE

I, Mark C. Palmer, attorney for the Defendant, City of Urbana, Illinois, hereby certify that on April 17, 2008, I caused a copy of the foregoing document to be filed electronically with the Clerk of the Court:

**DEFENDANT'S MOTION TO DISMISS**

Notice of this filing will be sent by operation of the Court's CM/ECF electronic filing system to:

    Robert I. Auler, Attorney for the Plaintiff    aulerlaw@yahoo.com

        s/ Mark C. Palmer_____
        MARK C. PALMER, One of Its Attorneys
        Evans, Froehlich, Beth & Chamley
        44 East Main Street, Suite 310
        Champaign, IL   61820
        PH:  (217) 359-6494
        FX:  (217) 359-6468
        mpalmer@efbclaw.com