UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DONALD KRULL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil No.08-2079 |
| | ) |
| THE CITY OF URBANA, ILLINOIS, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2008, I electronically filed Plaintiff's Response to Defendant's Motion to Dismiss, and the attendant Memorandum of Law, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to: **Mark Palmer** and **Joseph Chamley**, Evans, Froehlich, Beth & Chamley, 44 East Main Street, Suite 310, Champaign, IL  61820.

**s/ Robert Auler**
Robert I. Auler Bar Number: 0082074
Counsel for Plaintiff
Auler Law Offices, P.C.
202 W. Green Street
Urbana, IL  61801
Telephone: (217) 384-4567
Fax: (217) 987-6543
Email: aulerlaw@yahoo.com

Auler Law Offices, P.C.

202 W. Green Street
Urbana, IL  61801

217 384 3080

aulerlaw@yahoo.com